AO 91 (Rev. 01/09) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 15 2013
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN District of NEW YORK

United States of America )
v. )
Sunny Mathew )     Case No. 8:13-M-549(LAK)
AKA: Athula Kuruppa )
)
_____ )
Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 14, 2013, in the county of Clinton in the Northern District of New York, the defendant violated 18 U.S.C.§ 1546(a), an offense described as follows:

Sunny Mathew, being an alien and citizen of Sri Lanka, did knowingly utter, use, and possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, an I-551 Resident Alien card in the name of Athula Kuruppa, which the defendant knew to have been procured by fraud and unlawfully obtained.

This criminal complaint is based on these facts:

On November 14, 2013 at 1251 pm, the defendant presented himself for inspection at the Port of Entry, Champlain, NY. Defendant was the operator of a deadhead charter bus, bearing NJ license plate number: OYA3187. Defendant traveled to Canada earlier this day for the sole purpose of exchanging busses.

During inspection, the defendant identified himself as Athula Kuruppu to Customs and Border Protection Officers and claimed to be a U.S. Permanent Resident alien, born in Sri Lanka. He produced an I-551, U.S. Permanent Resident Card, number: Axx-xxx-321 as proof of his identity and U.S. Permanent Residence status.

✗ Continued on the attached sheet

_____
Complainant's signature

Noel Barriere, Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 15, 2013

_____
Judge's signature

City and State: Plattsburgh, New York        Larry A. Kudrle, U.S. Magistrate
*Printed name and title*

CONTINUATION SHEET for U.S. v. Sunny Mathew  case no. 8:13-M-549LAK

Service records show the Defendant was ordered removed by the U.S. Immigration Judge on April 10, 1996 under the identity of Sunny Mathew. Records further indicate the Defendant has since assumed the identity of Athula Kuruppu, alien registration number: Axx-xxx-321, whom obtained U.S. Permanent Resident status on July 11, 2010.  Records, including fingerprint analysis further indicates Defendant has assumed the identity of Athula Kuruppu.

During the course of inspection the Defendant maintained his identity to be that of Athula Kuruppu and insist he's never used the name Sunny Mathew, alien registration number: Axx-xxx-712. IAFIS / Fingerprint analysis positively confirmed a positive match of the Defendant to the identity of Sunny Mathew and the entire contents included in alien registration file number: Axx-xxx-712.  IAFIS Fingerprint analysis show Sunny Mathew, Axx-xxx-712 and Athula Kuruppu, Axx-xxx-321 are the same person.

Defendant is a native and citizen of Sri Lanka.