AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
### for the
NORTHERN     District of    NEW YORK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.     8:13-M-549(LAK) |
| Sunny J. Mathew | ) | |
| *Defendant* | ) | |

### ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until *(date)* November 19, 2013          .
                    LK

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings at   __3:30 pm__   at the   **U.S. DISTRICT COURT, 14 Durkee Street, Suite 360, Plattsburgh, N.Y. 12901**

Date:   Nov. 15, 2013

_____
*Judge's signature*

Larry A. Kudrle, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*