CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No.   8:13-M-549(LAK)

\_\_\_\_United States\_\_\_\_ VS. \_\_\_\_Sunny Mathew\_\_\_\_

**ORDER TERMINATING
APPOINTMENT OF COUNSEL**   ☒
**and/or**                              Check
**AUTHORIZATION FOR**          one or
**DISTRIBUTION OF**                both
**AVAILABLE PRIVATE**           ☒
**FUNDS**

WHEREAS, \_\_\_\_Terrence Kelly\_\_\_\_ was appointed as counsel for the above defendant/petitioner, on the \_\_15th\_\_ day of \_\_November\_\_, 20 \_13\_ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☒ ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

\*\*\*Check or money order to be payable and mailed to:

Clerk, U.S. District Court
Attn: Financial Administrator
100 S. Clinton Street
Syracuse, NY 13261-7367

Dated this \_\_13th\_\_ day of \_\_December\_\_, 20 \_13\_ .

_____
United States Judge/Magistrate   *Larry A. Kudrle*

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE